STATE OF LOUISIANA       *       NO. 2018-KA-0630

VERSUS       *       COURT OF APPEAL

LARRY RUDOLPH       *       FOURTH CIRCUIT

      *       STATE OF LOUISIANA

      *

      *

* * * * * * *

*TGC* **CHASE, J., CONCURS FOR THE REASONS ASSIGNED BY JUDGE LEDET**